UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUAN CARLOS RENTERIA,
MENA ISABEL RIVERA,
URIEL GONZALEZ,
MARIA DELGADO,
SERGIO ESPARZA,
ANDORENI ESPARZ,
ANGELINA PRESAS,
AURELIO SEGURA,
HILARIO TINOCO,
ANTONIO ARTURO RODRIGUEZ,
OSORIO SANCHEZ,
JUAN A. ROMERO,
ANTONIO SILVA, and
JOSE L. ALVAREZ,

      Plaintiffs,

v.                                Case No. 5:12-Cv-357-Oc-15PRL

CENTRAL BEEF IND., L.L.C.,
MARSHALL CHERNIN, ALEX CHERNIN
and ADAM CHERNIN,

      Defendants.
_____

## O R D E R

This cause comes on for consideration upon the Magistrate's Report and Recommendation (D-58) recommending that the parties' Joint Motion for Settlement Approval (D-52) be granted. All parties previously have been furnished copies of the Report and Recommendation and been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1), Rule 72(b) Fed.R.Civ.P., and Local Rule 6.02(a), United States District Court for the Middle District of Florida. None of the parties have filed any objections.

Upon consideration of the Report and Recommendation of the

Magistrate and this Court's independent examination of the file, it is determined that the Magistrate's Report and Recommendation be adopted.

Accordingly, it is ORDERED:

1) The Magistrate's Report and Recommendation (D-58) is adopted and incorporated by reference in this Order of the Court.

2) The parties' Joint Motion for Settlement Approval (D-52) is GRANTED. The revised Mediated Settlement Agreement filed March 28, 2013 (D-56) is APPROVED as a FAIR and REASONABLE RESOLUTION of a *bona fide* FLSA dispute.

3) This case is DISMISSED with prejudice as to the Named Plaintiffs[1], Opt-in Plaintiffs[2], Known Potential Opt-In Plaintiff[3], and Former Plaintiffs[4].

4) The Clerk is directed to CLOSE this case.

DONE AND ORDERED at Tampa, Florida this 21st day of May, 2013.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Juan Carlos Renteria, Uriel Gonzalez, Maria Delgado, Sergio Esparza, Angelina Presas, Aurelio Segura, Hilario Tinoco, Antonio Arturo Rodriguez, Fernanddo Garcia, J. Jesus Osorio Sanchez, and Pedro Segura

[2] Javier Alvarez, Jose L. Alvarez, Juan Chavez, Diana Deluz, Zayra Estrada, and Antonio Silva

[3] Maria Flores

[4] Mena Isabel Rivera, Andoreni Esparz, and Juan A. Romero